RECEIVED
JUL 17 2006
Office of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JENNIFER MITCHELL, :
Plaintiff, :
v. : C.A. No. 06-255 T
:
SOUTH COUNTY HEALTHCARE SYSTEMS, :
Defendant. :

## STIPULATION

The undersigned attorney, Andrew B. Prescott, counsel to Defendant in the above-captioned matter, stipulates that he will accept service of the Complaint on behalf of the Defendant, South County Healthcare Systems, and has represented that he has been authorized by the Defendant to do so. Defendant has thirty (30) days from the date the undersigned Attorney accepts service to answer or otherwise respond to the Complaint.

Service Accepted On: June 27, 2006

SOUTH COUNTY HEALTHCARE SYSTEMS
By its Attorneys:

Andrew B. Prescott
Stacie Boeniger Collier (ABP)

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax
aprescott@nixonpeabody.com

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/20/06