UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JENNIFER MITCHELL, Plaintiff,

v. C.A. No. 06-255 T

SOUTH COUNTY HEALTHCARE SYSTEMS, Defendant.

# STIPULATION

South County Healthcare Systems shall have up though and including, August 7, 2006, to answer or otherwise respond to the Compliant.

JENNIFER MITCHELL
By her Attorney:

Stephen T. Fanning (OBP)

Stephen T. Fanning, Esq. (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520

SOUTH COUNTY HEALTHCARE SYSTEMS
By its Attorneys:

Stacie B. Collier (ABP)

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax
aprescott@nixonpeabody.com

ENTER Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Stipulation was served via regular mail, on this 27th day of July, 2006 upon:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

Nancy R. Mahoney