UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JENNIFER MITCHELL,<br>Plaintiff,<br><br>v.<br><br>SOUTH COUNTY<br>HEALTHCARE SYSTEMS,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-255 |

DISMISSAL STIPULATION

All claims in this matter shall be dismissed, with prejudice, no interest or costs to either party.

JENNIFER MITCHELL

By her attorneys,

Stephen T. Fanning (#3900)
305 So. Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 fax

November 28th, 2006

SOUTH COUNTY
HEALTHCARE SYSTEMS

By its attorneys,

Andrew B. Prescott (#3758)
Stacie Boeniger Collier (#6059)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax